**UNITED STATES BANKRUPTCY COURT, SOUTHERN DISTRICT OF FLORIDA**
www.flsb.uscourts.gov
**CHAPTER 13 PLAN (Individual Adjustment of Debts)**

☐ _____ Amended Plan (Indicate 1st, 2nd, etc. amended, if applicable)
☒   1st   _____ Modified Plan (Indicate 1st, 2nd, etc. amended, if applicable)

DEBTOR: Lisa Catherine Clancy   JOINT DEBTOR: _____   CASE NO.: 16-17900-RAM
Last Four Digits of SS# 5977   Last Four Digits of SS# _____

**MONTHLY PLAN PAYMENT:** Including trustee's fee of 10% and beginning 30 days from filing/conversion date, Debtor(s) to pay to the trustee for the period of   60   months. In the event the trustee does not collect the full 10%, any portion not collected will be paid to creditors pro-rata under the plan:
   A.   $ 632.60  for months  1  to  6  ;
   B.   $ 845.10  for months  7  to  60  ;
   C.   $_____ for months ____ to ____ ; in order to pay the following creditors:

Administrative: Attorney's Fee - $ 0.00   TOTAL PAID  $ 0.00  _____
                Balance Due   $ 0.00  payable $_____/month (Months ____ to ____)

Secured Creditors: [Retain Liens pursuant to 11 U.S.C. §1325 (a)(5)] Mortgage(s)/Liens on Real or Personal Property:

1. US Bank, N.A., as Trustee for CWMBS Reperforming   Arrearage on Petition Date $29,583.24 (pmt includes 4.75% interest
   Loan REMIC Trust Certificate, Series 2006-R2                                    on original Final Judgment amount of $38,899.75)
   Address: c/o OCWEN Loan Servicing   Arrears Payment $ 378.60 /month (Months  1 to  6)
            PO BOX 24738               Arrears Payment $ 676.86 /month (Months  7 to 60)
            West Palm Beach, FL 33416-4738
   Account No: 7095423161

2. City of North Miami Beach         Arrearage on Petition Date  $ 2,000.00
   Address: 17011 NE 19th AVE         Regular Payment  $  0.00  /month (Months  1 to 60)
            North Miami Beach, FL 33179   Arrears Payment $  106.15 /month (Months  1 to  6 )
                                      Arrears Payment $  25.24 /month (Months 7 to 60 )
   Account No: Lien on 18460 NE 20th Ave, North Miami Beach, FL 33179

**IF YOU ARE A SECURED CREDITOR LISTED BELOW, THE PLAN SEEKS TO VALUE THE COLLATERAL SECURING YOUR CLAIM IN THE AMOUNT INDICATED. A SEPARATE MOTION WILL ALSO BE SERVED ON YOU PURSUANT TO BR 7004 and LR 3015-3.**

| Secured Creditor | Description of Collateral and Value of Collateral | Interest Rate | Plan Payments | Months of Payment | Total Plan Payments |
|---|---|---|---|---|---|
|  | $ | % | $ | ____ To ____ |  |

Priority Creditors: [as defined in 11 U.S.C. §507]

1. _____   Total Due  $_____
                        Payable    $_____/month (Months ____ to ____) Regular Payment $_____

Unsecured Creditors: Pay  $  0.00 / month (Months  1  to  6 )
                     $  66.17 / month (Months  7 to 60 )

Pro rata dividend will be calculated by the Trustee upon review of filed claims after bar date.

Other Provisions Not Included Above:

*The debtor(s) is hereby advised that the chapter 13 trustee has requested that the debtor(s) comply with 521(f) 1-4 on an annual basis during the pendency of this case. The debtor(s) hereby acknowledges that the deadline for providing the Trustee with their filed tax returns is on or before May 15 of each year the case is pending and that the debtor(s) shall provide the trustee with verification of their disposable income if their gross household income increases by more than 3% over the previous year's income.

I declare that the foregoing chapter 13 plan is true and correct under penalty of perjury.

/s/ Lisa Catherine Clancy
Debtor: Lisa Catherine Clancy
Date: 11/15/2016

Joint Debtor
Date:

LF-31 (rev. 01/08/10)