# UNITED STATES BANKRUPTCY COURT
### Southern District of Florida

In re: Lisa Catherine Clancy                                    Case No. 16-17900-RAM

### NOTICE OF CHANGE OF ADDRESS

PLEASE TAKE NOTICE THAT, Secured Creditor requests the Court update its mailing matrix and Claims Register to reflect the appropriate notice and payment addresses listed below.

U.S. BANK NATIONAL ASSOCIATION, AS                Court Claim # (if known) 3-1
TRUSTEE FOR CWMBS REPERFORMING LOAN
REMIC TRUST CERTIFICATES, SERIES 2006-R2
Name of Secured Creditor

Old Address of Secured Creditor:
Ocwen Loan Servicing
PO BOX 24738
West Palm Beach, FL 33416

New Name and/or Address where NOTICES to Secured Creditor
should be sent:

OCWEN
PO Box 24605
West Palm Beach  FL  33416

Phone: 888-554-6599

Name and/or Address where PAYMENTS to Secured Creditor
should be sent (if different from above):

Ocwen Loan Servicing, LLC, Attn: Cashiering Department
1661 Worthington Road, Suite 100
West Palm Beach  FL  33409

Phone: 888-554-6599

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: /s/Keith Labell                                Date: September 19, 2018
     Agent for Secured Creditor

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

  

16-101954 - KeL

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on September 19, 2018, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system, and a true and correct copy has been served via CM/ECF or United States Mail to the following parties:

MANDY L MILLS
4343 W. FLAGLER STREET, STE. 100
MIAMI , FL  33134

LISA CATHERINE CLANCY
18460 NE 20TH AVE
NORTH MIAMI BEACH, FL  33179

NANCY K. NEIDICH
CHAPTER 13 STANDING TRUSTEE
POB 279806
MIRAMAR , FL  33027

U.S. TRUSTEE
51 S.W. 1ST AVE.
SUITE 1204
MIAMI, FL  33130

    Robertson, Anschutz & Schneid, P.L.
    Authorized Agent for Secured Creditor
    6409 Congress Ave., Suite 100
    Boca Raton, FL 33487
    Telephone: 561-241-6901
    Facsimile: 561-997-6909

    By: /s/Keith Labell
    Keith Labell, Esquire
    Email: klabell@rasflaw.com

16-101954 - KeL